**1440-14**

# ELECTRONIC RECORD

CCA #   09-13-00158-CR

OFFENSE:   Indecency with a Child

STYLE:   Carlos Omar Cordero v. The State of Texas

PUNISHMENT:   10 years community supervision

COUNTY:   Montgomery

TRIAL COURT:   221st District Court

TRIAL COURT #:   12-09-09813 CR - Count 1

TRIAL COURT JUDGE:   Judge Lisa Benge Michalk

DISPOSITION:   AFFIRMED

_____ MOTION
FOR REHEARING IS:   _____
DATE:   _____
JUDGE:   _____

DATE:   09-24-14

JUSTICE:   Charles Kreger        PC   NO   S   YES

PUBLISH:   YES        DNP:   NO

CLK RECORD:   05-06-13
RPT RECORD:   05-14-13, 05-17-13
STATE BR:   11-04-13
APP BR:   09-03-13

SUPP CLK RECORD:   _____
SUPP RPT RECORD:   _____
SUPP BR:   _____
PRO SE BR:   _____

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

CCA # **1440-14**

----------------------

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_refused_
DATE: _Feb. 25, 2015_
JUDGE: _Pc_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____   PC: _____
PUBLISH: _____   DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____